IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Health and Body Store, LLC and HotHeadz International, Inc., | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | No. 11-cv-6638 |
| v. | : | |
| | : | |
| JustBrand Limited, Justin Silverman, and Brandon Singer, | : | |
| Defendants. | : | |

### ORDER

**AND NOW,** this 11th day of September, 2012, following remand from the United States Court of Appeals for the Third Circuit, upon consideration of Plaintiffs' Motion for a Preliminary Injunction (Doc. No. 2), the parties' post-remand briefs, and for the reasons set forth in the Court's Memorandum Opinion, it is **ORDERED** that:

1. Plaintiffs' motion is **GRANTED**.

2. Control and management of The Health and Body Store (located at www.healthandbodystore.com) and The Warming Store (located at www.thewarmingstore.com) shall be transferred from Defendants to the parties' joint venture, Health and Body Store, LLC.

3. Plaintiff HotHeadz, Inc., and Defendants shall have full and equal access to all aspects of the joint business, including website access codes, bank accounts, vendor information, advertising and marketing, and all other proprietary information.

4. The parties shall work cooperatively in the best interest of the business and in accordance with their fiduciary duties as partners under Pennsylvania law.

5. An Interim Receiver will be appointed to assist the parties in resolving any business

disputes that may arise. In the event that disputes cannot be resolved, those disputes will be decided by the Interim Receiver, whose decisions will be binding upon the parties.

6. Counsel shall attempt to agree upon an Interim Receiver for the Court to appoint, and submit the Interim Receiver's name, contact information, resume and fee structure to the Court on or before **September 24, 2012**. If counsel cannot agree upon an Interim Receiver by that date, the Court shall appoint an Interim Receiver.

7. The Interim Receiver's fee will be paid from the assets and revenue of the joint venture, Health and Body Store, LLC.

**BY THE COURT:**

/s/ **Mitchell S. Goldberg**
_____
**Mitchell S. Goldberg, J.**